1  MARGARET KEMP-WILLIAMS, SBN 123347
   ANWYL, SCOFFIELD & STEPP, LLP
2  2180 Harvard Street, Suite 200
   Sacramento, California 95815-3318
3  Telephone:  (916) 565-1800
   Telecopier: (916) 565-2374
4
   Attorneys for Defendants MARYSVILLE UNIFIED HIGH SCHOOL
5  and MARYSVILLE JOINT UNIFIED SCHOOL DISTRICT

6

7

8                      UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11 PAM CRAWFORD,                        No. CIV-S-05-CV-1019 MCE/KJM

12          Plaintiff,

13     v.                               STIPULATION AND ORDER TO GRANT
                                        AN EXTENSION OF TIME WITHIN
14 MARYSVILLE UNIFIED HIGH              WHICH TO RESPOND TO COMPLAINT
   SCHOOL; MARYSVILLE JOINT
15 UNIFIED SCHOOL DISTRICT,

16          Defendants.
   _____/
17

18      Plaintiff Pam Crawford by and through her attorney Scott Lynn

19 J. Hubbard III stipulates that Defendants Marysville Unified High

20 School and Marysville Joint Union High School District may have

21 until August 5, 2005, within which to respond to the Complaint

22 served in this matter on June 21, 2005.

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

1  DATE:  8-1-05

2                                      /S/
                               _____
                               Scott Lynn J. Hubbard III
3                              Attorney for Plaintiff Pam Crawford

4  DATE:  8-1-05

5

6                                      /S/
                               _____
                               Margaret E. Kemp-Williams
7                              Attorney for the Defendants Marysville
                               Unified High School and Marysville Joint
8                              Unified School District

9

10          IT IS SO ORDERED.

11

12  DATE: August 10, 2005

13

14

15

16                             _____
                               MORRISON C. ENGLAND, JR
17                             UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28