Lynn Hubbard, III, SBN 69773
Scottlynn J Hubbard, IV, SBN 212970
**Law Offices of Lynn Hubbard**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorney for Plaintiff

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA L. CRAWFORD,<br><br>Plaintiff,<br><br>vs.<br><br>MARYSVILLE UNION HIGH SCHOOL; MARYSVILLE JOINT UNIFIED SCHOOL DISTRICT.<br><br>Defendants. | 2:05-cv-1019-MCE-KJM<br><br>**Stipulation to Amend Plaintiff's Complaint and Order Thereon** |

The parties, subject to approval of the Court, stipulate as follows:

1. Plaintiff brought this action concerning Marysville High School on May 23, 2005 located at 1919 B Street in Marysville, California;

2. Plaintiff's complaint listed MARYSVILLE UNION HIGH SCHOOL as the owner and/or operator of the subject facility; however,

- 1 -

1  defense counsel has stated that MARYSVILLE UNION HIGH SCHOOL is
2
3  not a legal entity, and therefore, cannot be litigated against;

4      3.  Based on this representation, the parties request that the Court
5
6  dismiss defendant MARYSVILLE UNION HIGH SCHOOL from this instant
7  action without prejudice.
8
9      4.  Additionally, due to a scriber's error, plaintiff's initial complaint
10 listed the wrong type of disability for Plaintiff and inadvertently set forth
11 inaccurate facts;
12     5.  The parties agree that the plaintiff shall and may amend the
13 complaint to reflect the correct disability and facts surrounding plaintiff's visit
14 to the Marysville High School;
15     6.  Defendant MARYSVILLE JOINT UNIFIED SCHOOL DISTRICT
16 shall not be required to file an answer to the amended complaint, as their
17 initial answer shall be deemed responsive to the amended complaint.

18 Dated: April _____, 2006           LAW OFFICES OF LYNN HUBBARD
19
20                                    _____
                                      SCOTTLYNN J HUBBARD, IV
21                                    Attorney for Plaintiff

22 Dated: April ___, 2006             ANWYL, SCOFFIELD & STEPP, LLP
23
24                                    _____
                                      MARGARET KEMP-WILLIAMS
25                                    Attorney for Defendants
26
27
28

# ORDER

**GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED** that

(1)    Defendant MARYSVILLE UNION HIGH SCHOOL is dismissed without prejudice; and

(2)    Plaintiff shall amend her complaint to correct her listed disabilities and to correct the facts set forth in her complaint within ten (10 days of this order.

Date: May 18, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE