1  ANWYL, SCOFFIELD & STEPP, LLP
   2180 Harvard Street, Suite 200
2  Sacramento, California 95815-3318
   Telephone:      (916) 565-1800
3  Telecopier:     (916) 565-2374

4  **MARGARET KEMP-WILLIAMS, SBN 123347**

5  Attorneys for Defendants MARYSVILLE UNION
   HIGH SCHOOL and MARYSVILLE JOINT UNIFIED
6  SCHOOL DISTRICT

7

8           UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA
9

10
   PAM CRAWFORD,                              NO:   2:05-cv-1019-MCE-KJM
11
          Plaintiff,
12                                            **STIPULATION AND ORDER TO ELECT
   v.                                         REFERRAL OF ACTION TO
13                                            VOLUNTARY DISPUTE RESOLUTION
   MARYSVILLE UNION HIGH SCHOOL;              PROGRAM (VDRP) PURSUANT TO
14 MARYSVILLE JOINT UNIFIED                   LOCAL RULE 16-271**
   SCHOOL DISTRICT,
15
          Defendants.
16 _____/

17        Pursuant to Local Rule 16-271, the parties hereby agree to submit the above-entitled action

18 to the Voluntary Dispute Resolution Program.

19        The parties further agree that the mediation shall be held on *January 31, 2007* commencing

20 at the hour of *9:30 a.m.*, in the offices of Downey Brand, LLP. located at 555 Capitol Mall, 10th

21 Floor, Sacramento, California 95814-4686 with Rhonda C. Canby, Esq. to act as Mediator.

22

23 Dated: December ____, 2006              **LAW OFFICES OF LYNN HUBBARD**

24

25                                         By: _____/s/_____
                                               SCOTT LYNN J. HUBBARD, IV.
26                                         **Attorney for Plaintiff, PAM CRAWFORD**

27

28

1 | Dated: December 14, 2006                **ANWYL SCOFFIELD & STEPP**

By: _____/s/_____
   MARGARET KEMP-WILLIAMS
**Attorneys for Defendants MARYSVILLE UNION HIGH SCHOOL and MARYSVILLE JOINT UNIFIED SCHOOL DISTRICT**

**IT IS SO ORDERED.**

Dated: December 20, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE