1  LYNN HUBBARD, III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  LAW OFFICES OF LYNN HUBBARD, III
   12 WILLIAMSBURG LANE
3  CHICO, CA 95926
   Telephone:  (530) 895-3252
4  Fax:  (530) 894-8244

5  Attorneys for Plaintiff

6  MARGARET KEMP WILLIAMS, SBN 123347
   ANWYL SCOFFIELD & STEPP LLP
7  2180 Harvard Street, Suite 200
   Sacramento, CA 95815
8  Telephone: (916) 565-1800
   Fax: (916) 565-2374
9
   Attorney for Defendant
10

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA L. CRAWFORD, | Case No. 2:05-cv-1019-MCE-KJM |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL AND ORDER THEREON** |
| MARYSVILLE JOINT UNIFIED SCHOOL DISTRICT, | |
| Defendant. / | |

TO THE COURT AND ALL PARTIES:

Pursuant to a Settlement Agreement and Release between plaintiff, PAMELA L. CRAWFORD, and defendant, MARYSVILLE JOINT UNIFIED SCHOOL DISTRICT, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby request that all parties be dismissed with prejudice from the above-entitled action.

Dated: March 13, 2007        LAW OFFICES OF LYNN HUBBARD

/s/ Scottlynn J Hubbard, IV
SCOTTLYNN J HUBBARD, IV
Attorney for Plaintiff

Dated: March 13, 2007        ANWYL SCOFFIELD & STEPP, LLP

/s/ Margaret Kemp Williams
MARGARET KEMP WILLIAMS
Attorney for Defendant

**ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-05-01019-MCE-KJM, is hereby dismissed with prejudice.

Dated: March 19, 2007

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE